IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| ALLEGHENY TECHNOLOGIES INCORPORATED and ALLEGHENY & TSINGSHAN STAINLESS, LLC,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　Defendant. | Court No.　20-03923 |

## DECLARATION OF MATTHEW J. ENGOTT

I, Matthew J. Engott, declare as follows:

1.　I am Assistant General Counsel, Commercial & General Business, for Allegheny Technologies Incorporated ("ATI").

2.　In my capacity as counsel to ATI, I will be assisting in the conduct and/or preparation of this action.

3.　I am not involved in competitive decision-making for ATI.

4.　I have received and read the Protective Order entered in this action on April 23, 2021 (Dkt. # 24) (the "Protective Order").

5. I will comply with the terms of the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Pittsburgh, Pennsylvania
May 11, 2021

_____
Matthew J. Engott