IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| ALLEGHENY TECHNOLOGIES INCORPORATED and ALLEGHENY & TSINGSHAN STAINLESS, LLC,<br><br>      Plaintiffs,<br><br>   v.<br><br>THE UNITED STATES,<br><br>      Defendant. | Court No. 20-03923 |

ORDER GRANTING STAY OF BRIEFING SCHEDULE

Upon considering the parties' Joint Motion for Stay of the Briefing Schedule, it is hereby ORDERED that the parties' motion is granted.  It is further

ORDERED that all further briefing in this matter is stayed; and it is

ORDERED that defendant shall file any request or motion concerning disposition of this matter on or before Wednesday, July 21, 2021; and it is

ORDERED that if defendant does not file such a motion by Wednesday, July 21, 2021, the parties shall file a joint status report that same day explaining how the parties wish to proceed.

SO ORDERED.

_____
JUDGE

Dated:_____
New York, New York

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | | |
|---|---|---|
| ALLEGHENY TECHNOLOGIES INCORPORATED and ALLEGHENY & TSINGSHAN STAINLESS, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Court No. 20-03923 |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

JOINT MOTION FOR STAY OF BRIEFING SCHEDULE

Plaintiffs, Allegheny Technologies Incorporated and Allegheny & Tsingshan Stainless, LLC, and the defendant, the United States jointly and respectfully request that the Court stay the briefing schedule in this case. ECF No. 20. Under the Court's scheduling order, the plaintiffs' motion for judgment on the administrative record is due on July 12, 2021. *Id.*

Good cause supports our request. On Friday, July 9, 2021, the defendant informed counsel for the plaintiffs that it was engaged in internal discussions concerning disposition of this case. The defendant explained that it anticipated concluding those discussions and sharing

3

the outcome of those discussions with counsel in the following week, and that it would file any appropriate motion or status report as soon as practicable.

In light of this impending request, and in the interest of efficiency, the parties now jointly and respectfully request that the Court stay the briefing schedule until Wednesday, July 21, 2021. If the defendant does not file a motion by that date, the parties respectfully propose that they be permitted to file a joint status report that same day explaining how the parties wish to proceed.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Acting Assistant Attorney General

    JEANNE E. DAVIDSON
    Director

    /s/ Tara K. Hogan
    TARA K. HOGAN
    Assistant Director

| OF COUNSEL: | /s/ Meen Geu Oh |
|---|---|
|  | MEEN GEU OH |
| KIMBERLY HSU | STEPHEN C. TOSINI |
| Department of Commerce | Senior Trial Counsels |
| Office of Chief Counsel | U.S. Department of Justice |
| for Industry & Security | Civil Division |
| U.S. Department of Commerce | Commercial Litigation Branch |

                                        P.O. Box 480
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Tel: (202) 307-0184
                                        Email: Meen-Geu.Oh@usdoj.gov

July 12, 2021                          *Attorneys for Defendant*

                                        /s/ Sanford M. Litvack
                                        SANFORD M. LITVACK
                                        ANDREW L. POPLINGER
                                        R. MATTHEW BURKE
                                        Chaffetz Lindsey LLP
                                        1700 Broadway, 33rd Floor
                                        New York, NY 10019
                                        Tel.: (212) 257-6960
                                        Fax: (212) 257-6950
                                        sandy.litvack@chaffetzlindsey.com

July 12, 2021                          *Attorneys for Plaintiff*