IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| ALLEGHENY TECHNOLOGIES INCORPORATED and ALLEGHENY & TSINGSHAN STAINLESS, LLC,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>THE UNITED STATES,  )<br><br>Defendant.  ) | Court No. 20-03923 |

ORDER GRANTING STAY OF BRIEFING SCHEDULE

Upon considering the parties' Joint Motion for Stay of the Briefing Schedule, it is hereby ORDERED that the parties' motion is granted.  It is further

ORDERED that all further briefing in this matter is stayed; and it is

ORDERED that defendant shall file any request or motion concerning disposition of this matter on or before Wednesday, July 21, 2021; and it is

2

      ORDERED that if defendant does not file such a motion by Wednesday, July 21, 2021, the parties shall file a joint status report that same day explaining how the parties wish to proceed.

      SO ORDERED.

                                                    /s/ *M. Miller Baker*
                                                           JUDGE

Dated:   July 12, 2021
         New York, New York

2