Form M-2-1

| | |
|---|---|
| **UNITED STATES COURT OF INTERNATIONAL TRADE** | FORM   M-2 |

```
ALLEGHENY TECHNOLOGIES
INCORPORATED, ET AL,
                Plaintiffs,
    v.
UNITED STATES,
                Defendant.
```

Court No.: 20-03923

## REPORT OF MEDIATION

That pursuant to the Order of Referral dated  September 15, 2021   in this case, I served as Judge Mediator for the mediation process between the parties in this case.  The process was concluded on February 3, 2022 ;

✓   The mediation resulted in a settlement of all issues;

___   The mediation resulted in a partial settlement;

___   The mediation did not result in a settlement;

/s/ Leo M. Gordon
(Name)
Judge Mediator

DATED:   February 4, 2022
New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)